## Commonwealth *v.* Conston, Appellant.

Argued June 10, 1968. *Benjamin Paul,* with him *Paul, Greenberg & Sanders,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Welsh S. White,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Conway, Appellant.

Submitted June 10, 1968. *Albert Conway,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.